| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MONTALI, DENNIS | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT | 3. Date of Report<br><br>05/21/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>POST OFFICE BOX 7341<br>SAN FRANCISCO, CA. 94120-7341 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 10/20/15 | BrokerReferral fee |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bay Area Bankruptcy Forum | October 2\8, 2015 | San Jose, CA | Speaker at program | Mileage and parking |
| 2. | American College of Bankruptcy | January, 2015 | Los Angeles, CA | Participant in Negotiation Competition | Airfare, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 05/21/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase | Mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 05/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real estate - Alameda Cty ($340,000;fractional int.;acq 2/01 | | None | N | W | | | | | |
| 2. Acct. Union Bank of California, SF | | None | J | T | | | | | |
| 3. Acct. Wells Fargo Bank, Berkeley | A | Interest | J | T | | | | | |
| 4. AMG Managers Total Return Fund | B | Dividend | M | T | | | | | Name change line 35 |
| 5. American Centy Global Fund | A | Dividend | J | T | | | | | |
| 6. American Centy Gvt Inc | B | Int./Div. | M | T | | | | | |
| 7. Audubon Cellars, Inc. common | | None | J | U | | | | | |
| 8. Automatic Data Processing common | D | Dividend | M | T | | | | | |
| 9. Becton Dickenson | A | Dividend | J | T | | 03/17/15 | J | | Merger w/Care Fusion |
| 10. Cardinal Health common | B | Dividend | L | T | | | | | |
| 11. Care Fusion | | | | | | 03/17/15 | | | Merger (Becton Dickenson) |
| 12. Chemours | | | | | Spinoff (from line 20) | 07/01/15 | J | | Sold 7/2/15 |
| 13. Cognizant Tech. Solutions | | None | M | T | | | | | |
| 14. Colgate Palmolive & Co common | C | Dividend | M | T | | | | | |
| 15. Duke Energy | C | Dividend | L | T | | | | | |
| 16. Dreyfus Active Midcap Fund A | A | Dividend | L | T | | | | | |
| 17. Dreyfus Mid Cap Index Fund | B | Dividend | M | T | Sold (part) | 09/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 05/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Muni Bond Fund | A | Dividend | K | T | | | | | |
| 19. Dreyfus Cal Tax Ex Fund | D | Dividend | M | T | | | | | |
| 20. Du Pont, E I De Nemour common | A | Dividend | K | T | | | | | |
| 21. EMC Corp | B | Dividend | M | T | | | | | |
| 22. Exxon Mobil Corporation common | E | Dividend | N | T | | | | | |
| 23. Federated High Yield Trust | A | Dividend | J | T | | | | | |
| 24. Genuine Parts common | D | Dividend | M | T | | | | | |
| 25. Gilead Sciences Inc | | None | L | T | | | | | |
| 26. Halyard Health | | None | | | Sold | 10/30/15 | J | | |
| 27. Honeywell Int'l common | C | Dividend | L | T | | | | | |
| 28. Intel | B | Dividend | L | T | | | | | |
| 29. Ishares MSCI Japan | A | Dividend | K | T | | | | | |
| 30. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 31. Kayne Anderson MLP | | | | | Buy | 01/30/15 | L | | Sell 12/11/15 K |
| 32. Kimberly Clark | C | Dividend | M | T | | | | | |
| 33. Kraft Food Group | B | Dividend | | | Sold | 03/25/15 | L | | |
| 34. Managers PimcAo Bond Fund | | Dividend | | | | | | | Now AMG Managers Total Ret |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 05/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Marisco Focus Fund | | | | | Sold | 09/14/15 | K | | |
| 36. Matthews Japan Fund Inc fka Japan Fund | A | Dividend | L | T | | | | | |
| 37. McDonalds Corp common | D | Dividend | N | T | | | | | |
| 38. Mid American Apt. Common | C | Dividend | L | T | | | L | | |
| 39. Nestle SA | C | Dividend | M | T | | | | | |
| 40. Novo-Nordisk | C | Dividend | N | T | | | | | |
| 41. Pentair | B | Dividend | L | T | Buy (add'l) | 01/30/15 | J | | Partial sell 1/30 - J |
| 42. Pepisco common | C | Dividend | M | T | | | | | |
| 43. Pimco Commodity Real Ret Strat | A | Interest | J | T | | | | | |
| 44. Proctor & Gamble Co. common | C | Dividend | L | T | | | | | |
| 45. Purefunds ISE Cyber | | Dividend | K | T | Buy | 01/30/15 | K | | |
| 46. Schlumberger | C | Dividend | M | T | | | | | |
| 47. Schwab Government MMF | A | Interest | N | T | | | | | |
| 48. Schwab Corp common | B | Dividend | M | T | | | | | |
| 49. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 50. Select Sector - Materials | B | Dividend | L | T | | | | | |
| 51. SPDR Energt Select | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 05/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. S&P 500 Depository Receipts Unit) | C | Dividend | M | T | | | | | |
| 53. SPDR Utilities Select | B | Dividend | L | T | | | | | |
| 54. Stryker Corp | B | Dividend | M | T | | | | | |
| 55. Sysco common | B | Dividend | K | T | | | | | |
| 56. T. Rowe Price Int'l Stk Fund | B | Dividend | M | T | | | | | |
| 57. T. Rowe Price Equity Fund | B | Dividend | L | T | | | | | |
| 58. T. Rowe Price Growth | A | Dividend | M | T | | | | | |
| 59. T. Rowe Price - New Horizon | A | Dividend | K | T | | | | | |
| 60. Templeton Developing Mkt | A | Dividend | L | T | | | | | |
| 61. Templeton Global Inc. Fund | C | Dividend | K | T | | | | | |
| 62. Templeton Global Bond (fka Templeton Income Trust | A | Dividend | K | T | | | | | |
| 63. 3M | D | Dividend | M | T | | | | | |
| 64. United Parcel Service | C | Dividend | M | T | | | | | |
| 65. USAA Short term fund | B | Interest | L | T | | | | | |
| 66. USAA Long term fund | C | Interest | L | T | | | | | |
| 67. USX-US Steel Corp | A | Dividend | J | T | | | | | |
| 68. United Technolgies | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 05/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Intl Growth Fund | B | Dividend | L | T | | | | | |
| 70. Vanguard 500 Fund | D | Dividend | N | T | | | | | |
| 71. Vanguard Wellesley Inc. Fund | A | Interest | K | T | | | | | |
| 72. Vanguard Intl. Equity Index (Eur. stk) | C | Dividend | L | T | | | | | |
| 73. Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 74. Vanguard Fxd Inc. GNMA | B | Interest | L | T | | | | | |
| 75. Vanguard F-I Short Term | B | Interest | M | T | | | | | |
| 76. Verizon | A | Dividend | J | T | | | | | |
| 77. Vodaphone | B | Dividend | K | T | | | | | |
| 78. Walt Disney Hldg common | C | Dividend | M | T | | | | | |
| 79. Wells Fargo Adv ST | A | Dividend | L | T | | | | | |
| 80. Wisconsin Energy CP Hldg Co common | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 05/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 05/21/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DENNIS MONTALI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544